MICHAEL J. McCUE (Bar No. 6055)
MMcCue@LRLaw.com
JOHN L. KRIEGER (Bar No. 6023)
JKrieger@LRLaw.com
JONATHAN W. FOUNTAIN  (Bar No. 10351)
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for G4 Media
G4 MEDIA, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| G4 MEDIA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>XPLAY LINKS, a business of unknown origin; ALEXANDRO TURCIOS, an individual,<br><br>Defendants. | Case No. 2:11-cv-685<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

**UPON CONSIDERATION** of the motion filed by Plaintiff for a temporary restraining order to place the <XPlayLinks.com> domain name on hold, the supporting memorandum of points and authorities, the supporting declaration and evidence, the record in this case, and for other good cause shown;

**THE COURT HEREBY FINDS THAT**:

1. Plaintiff will suffer irreparable injury if the Court does not require GoDaddy.com, Inc., the domain name registrar, to place the infringing <XPlayLinks.com> domain name on hold and lock and deposit it with the Court, pending litigation of this matter;

2. Plaintiff is likely to succeed on the merits of its claim for cybersquatting under the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) because Plaintiff has demonstrated that Defendants registered the <XPlayLinks.com> domain name with a bad faith

intent to profit from the X-PLAY Mark (as defined in the Complaint), which was distinctive and/or famous at the time Defendants registered the <XPlayLinks.com> domain name;

3. The balance of hardships tips in favor of Plaintiff because issuance of the temporary restraining order would merely place the infringing <XPlayLinks.com> domain name on hold and lock pending trial, and failure to issue the restraining order would cause Plaintiff to suffer and incur additional expense in having to file additional lawsuit(s) if the domain name were to be transferred to other registrants during the pendency of this action;

**THEREFORE, IT IS HEREBY ORDERED THAT**, pending a trial on the merits:

A. The <XPlayLinks.com> domain name shall be immediately placed on hold and lock by GoDaddy.com, Inc., which will deposit the domain name into the registry of the Court.

B. GoDaddy.com shall disable the current domain name server information.

C. A nominal bond of $100 shall be required because the evidence indicates that Defendants will only suffer, if at all, minimal damage by the issuance of this temporary restraining order and injunction.

D. Plaintiff may, in addition to the requirements of service identified in Federal Rules of Civil Procedure 4 and 5, serve the Summonses, Complaint, motion for temporary restraining order and preliminary injunction, all supporting documentation, this Order, and all other papers and pleadings upon Defendants by e-mail transmission.

E. The parties shall appear for hearing and oral argument on Plaintiff's motion for a preliminary injunction on Thursday, May 12, 2011, at the hour of 2:30 p.m. in Courtroom 7C at the Lloyd D. George Federal Courthouse, 333 South Las Vegas Boulevard, Las Vegas, Nevada;

F. Defendants shall file and serve their opposition to Plaintiff's motion for preliminary injunction, if any, no later than Tuesday, May 10, 2011~~, and Plaintiff shall file and serve its reply brief no later than _____, 2011~~.

ENTERED: this 2nd day of May, 2011 at 12:20 p.m.

_____
UNITED STATES DISTRICT JUDGE

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

577633.1