1  MICHAEL J. McCUE (Bar No. 6055)
   MMcCue@LRLaw.com
2  JONATHAN W. FOUNTAIN  (Bar No. 10351)
   JFountain@LRLaw.com
3  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada  89169
   Tel: (702) 949-8200
5  Fax: (702) 949-8398

6  Attorneys for Plaintiff
   G4 MEDIA, LLC

7

8

9

10

11            **UNITED STATES DISTRICT COURT**

12               **DISTRICT OF NEVADA**

13

14  G4 MEDIA, LLC, a Delaware limited liability       Case No. 2:11-cv-685-PMP-GWF
    company,

15            Plaintiff,                              **FINAL JUDGMENT BY DEFAULT
                                                      AND PERMANENT INJUNCTION**
16       vs.

17  XPLAY LINKS, a business of unknown origin;
    ALEXANDRO TURCIOS, an individual,
18
              Defendants.
19

20       Presently before the Court is Plaintiff's Motion For Default Judgment And Permanent

21  Injunction.  The Court, having considered Plaintiff's motion, the accompanying memorandum of

22  points and authorities, the papers and pleadings on file in this case, and for good cause shown,

23       IT IS HEREBY ORDERED that Plaintiff's Motion For Default Judgment And

24  Permanent Injunction is GRANTED.

25       **I.    Default Judgment**

26       THE COURT FINDS that Defendant XPLAY LINKS ("Xplay Links") and Defendant

27  Alexandro Turcios ("Turcios") were regularly served with the Summons and Complaint in this

28  action but have failed to appear and answer the Complaint within the period prescribed by law,

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
                                          -1-
                                                                              2563901.1

1  that the default of Xplay Links and Turcios was duly entered by the Clerk of the Court on

2  November 7, 2011, and that Plaintiff is entitled to affirmative relief against the Defendants.

3  Based upon the foregoing findings, and good cause appearing therefor;

4          IT IS HEREBY ORDERED that Plaintiff G4 Media, LLC be awarded judgment against

5  Defendants Xplay Links and Turcios on Plaintiff's Complaint, as follows:

6          A.      Statutory damages in the amount of $100,000;

7          B.      Reasonable attorneys' fees;

8          C.      Costs; and

9          D.      Post-Judgment interest on the principal sum at the statutory judgment rate from

10                 the date of the entry of the Judgment until paid in full.

11     **II.     Permanent Injunction**

12          IT IS HEREBY FURTHER ORDERED that Xplay Links and Turcios, including,

13  without limitation, all of their respective partners, officers, agents, servants, employees and all

14  other persons acting in concert or participation with Xplay Links or with Turcios are hereby

15  permanently restrained and enjoined from:

16          1.      Using the X-PLAY mark and X-play logo (the "X-PLAY Mark") or any

17  confusingly similar variations thereof, alone or in combination with any other letters, words,

18  letter strings, phrases or designs (including, but not limited to, the X-PLAY Mark) in commerce

19  (including, but not limited to, on any website or within hidden text or metatags contained on or

20  within any website, including the <XPlaylinks.com> website);

21          2.      Registering or trafficking in any domain name containing the X-PLAY Mark or

22  any confusingly similar variations thereof, alone or in combination with any other letters, words,

23  phrases or designs; and

24          3.      Copying or using any content posted by Plaintiff on its <X-Play.com> or

25  <g4tv.com> websites that appears in conjunction with Plaintiff's X-PLAY Mark or any

26  confusingly similar mark.

27  ///

28  ///

1

### III.     Transfer of Domain Name

2   IT IS HEREBY FURTHER ORDERED that GoDaddy.com, Inc., the registrar of the

3   <XPlayLinks.com> domain name, shall immediately transfer the registration for the

4   <XPlayLinks.com> domain name to Plaintiff.

5

### IV.     Refund of Security Deposit

6   IT IS HEREBY FURTHER ORDERED that the Clerk of the Court shall refund to

7   Plaintiff the $100 deposited by Plaintiff as security for the temporary restraining order and

8   preliminary injunction entered in this case.

9                    ENTERED: this _ 20th day of December, 2011.

10

11   _____

12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

-3-

2563901.1